**No. 47665.**—Protest 37420–K of F. W. Myers & Co. (Ogdensburg).

Opinion by Kincheloe, J.  In accordance with stipulation of counsel that certain of the merchandise in question consists of standard newsprint paper similar to that the subject of *Myers* v. *United States* (8 Cust. Ct. 327, C. D. 631), the claim for free entry under paragraph 1772 was sustained.

Before the Third Division, October 23, 1942

**No. 47666.**—Petition 6255–R of Lentheric, Inc. (New York).

Opinion by Cline, J.  The petition was dismissed.

Before the Second Division, October 26, 1942

**No. 47667.**—Protest 7270–K of Kloeckner Steel Corp. (New York).

Opinion by Dallinger, J.  In accordance with stipulation of counsel that the merchandise in question consists of structural shapes of steel the same as those the subject of *Blum* v. *United States* (5 Cust. Ct. 119, C. D. 381), the claim at ⅒ of 1 cent per pound under paragraph 312 was sustained.

**No. 47668.**—Protest 4548–K, etc., of International Novelty Import Co. et al. (New York).

Opinion by Dallinger, J.  In accordance with stipulation of counsel that the Christmas wreaths in question are similar to those the subject of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188), some of them were held dutiable at 35 percent under paragraph 353 and others at 25 percent under the same paragraph as modified by the Treaty with the United Kingdom (T. D. 49753).  Protests sustained to this extent.

**No. 47669.**—Protest 29842–K of New York Mdse. Co., Inc. (New York).

Opinion by Dallinger, J.  In accordance with stipulation of counsel and on the authority of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188), the claim at 35 percent under paragraph 353 was sustained.